IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Kevin LaPatrick Fowler,<br><br>Plaintiff,<br><br>v.<br><br>Jerrad Smith,<br><br>Defendants. | Civil Action No. 7:25-cv-13983-BHH<br><br>**ORDER** |

This matter is before the Court upon Plaintiff Kevin LaPatrick Fowler's ("Plaintiff") *pro se* complaint filed pursuant to 42 U.S.C. § 1983. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B), D.S.C., the matter was referred to a United States Magistrate Judge for preliminary review.

On September 9, 2026, the Magistrate Judge issued a report and recommendation ("Report"), outlining the issues and recommending that the Court dismiss this action for failure to pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (ECF No. 41.) In the Report, the Magistrate Judge noted that Plaintiff has failed to keep the Court advised in writing of his correct address and that all mail to Plaintiff has been returned as undeliverable since March of 2026. (*See* ECF Nos. 7, 17, 18, 21, 30, 34, 37, 39, 40.) The Magistrate Judge also noted that Defendant filed a motion to dismiss in June of 2026, to which Plaintiff has failed to respond. (*See* ECF Nos. 31, 32, 35.) Attached to the Magistrate Judge's Report was a notice advising Plaintiff of the right to file written objections to the Report within fourteen days of being served with a copy. To date, no objections have been filed.

The Magistrate Judge makes only a recommendation to the Court. The

recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a *de novo* determination only of those portions of the Report to which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of specific objections, the Court reviews the matter only for clear error. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, the Court has reviewed the record and the findings of the Magistrate Judge for clear error. After review, the Court finds no clear error and fully agrees with the Magistrate Judge's analysis. **Accordingly, the Court adopts and incorporates the Magistrate Judge's Report (ECF No. 41), and the Court dismisses this action for lack of prosecution in accordance with Rule 41(b) of the Federal Rules of Civil Procedure, thereby rendering moot Defendant's motion to dismiss, or in the alternative, for summary judgment (ECF No. 31).**

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

September 30, 2026
Charleston, South Carolina